```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
JOSE ZARZUELA, individually, and on behalf of all                        :
others similarly situated,                                               :
                                                                         :
                                    Plaintiff,                           :
                                                                         :
                    -against-                                            :
                                                                         :
TOYNK TOYS, LLC,                                                         :
                                                                         :
                                    Defendant.                           :
                                                                         :
------------------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2023

1:22-cv-10875-GHW

ORDER

GREGORY H. WOODS, District Judge:

In the Court's order dated April 19, 2023, Dkt. No. 9, the Court instructed Plaintiff to prepare an order to show cause for default judgment no later than May 19, 2023, if he wished to act on his intention to pursue default judgment in this case. The Court's order also stated that, if Plaintiff chose not to file for an entry of default by May 19, 2023, Plaintiff was required to submit a status letter to the Court explaining how it intends to proceed in this case by May 19, 2023. The Court has not received any submission from Plaintiff. Accordingly, Plaintiff is directed to comply with the Court's order forthwith, and in no event later than May 26, 2023.

Counsel for Plaintiff is directed to serve this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: May 24, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge